CORNELIA B. PAGE, Appellant, v. JAMES DEMPSEY, Respondent.

*Page* v. *Dempsey*, 121 App. Div. 924, affirmed.
(Argued December 6, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for injuries.

to plaintiff's building alleged to have been caused by blasting operations of defendant on adjoining premises.

*William F. Clare* for appellant.

*Morgan J. O'Brien* and *Edward D. Dowling* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.